**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RONALD LARRY AUTREY,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION 14-0220-CG** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL NO. 10-00185-CG-M** |
| | ) | |
| **Respondent.** | ) | |

## ORDER

After due and proper consideration of the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Petitioner's Motion to Vacate (Doc. 39) is **DENIED** and that this action is **DISMISSED**. It is further **ORDERED** that any certificate of appealability filed by Petitioner be denied as he is not entitled to appeal <u>in forma pauperis</u>.

**DONE and ORDERED** this 26th day of September, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE