IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RONALD LARRY AUTREY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 14-0220-CG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 10-00185-CG-M |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent, the United States of America, and against Petitioner Ronald Larry Autrey.

**DONE and ORDERED** this 26th day of September, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE